JULIAN M. BAUM (CA State Bar No. 130892)
ROBERT C. WEEMS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff
Lilia Ballesteros

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA BALLESTEROS, an individual, | Case No. C07-0795 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND REFERRING CASE TO MEDIATION |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; SHELL LONG TERM DISABILITY PLAN; SHELL OIL COMPANY in its capacity as Plan Administrator of the Shell Long Term Disability Plan, | |
| Defendants. | |

Plaintiff Lilia Ballesteros ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company and Shell Long Term Disability Plan (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1.  The Summons and Complaint were recently served on the Defendants by mail on or about April 11, 2007. The parties have previously agreed to an extension of time, until May 15, 2007, for Defendants to respond to the Complaint.

2.  The undersigned parties have agreed to pursue mediation as a means potentially to resolve the action as to all claims and as to all parties. The undersigned parties have also agreed to complete the mediation within the time frame set forth in ADR Local Rule 6-4. Concurrently with this Stipulation and [Proposed] Order, the undersigned parties will file a Stipulation and [Proposed] Order Selecting ADR Process, pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5.

3.  The parties believe that it would be helpful in this case to have additional time to obtain copies of the relevant documents for review and analysis to enable Defendants to respond to the Complaint and to participate meaningfully with plaintiff on the matters to be addressed at the Case Management Conference.

4.  Accordingly, the undersigned parties respectfully request that the Court order the case referred to Mediation under ADR Local Rule 6 and continue the presently scheduled Case Management Conference for approximately 45 days.

Dated: April 26, 2007

Respectfully submitted,

JULIAN M. BAUM
ROBERT C. WEEMS
BAUM & WEEMS

by /s/ Julian M. Baum
JULIAN M. BAUM
Attorneys for Plaintiff

///

///

1  Dated: April 26, 2007

BARGER & WOLEN LLP

by /s/ William Lee
WILLIAM LEE
Attorneys for Defendants
Metropolitan Life Insurance Company and
Shell Long Term Disability Plan

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

1. The action is referred to Mediation under ADR Local Rule 6; and

2. The Case Management Conference is continued to July 5, 2007, at __ a.m./p.m.

Dated: June 27, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA