Julian M. Baum (SBN 130892), jbaum20@gmail.com
Robert C. Weems (SBN 148156)
Thomas J. Fuchs (SBN 148466)
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff
LILIA BALLESTEROS

William Lee (SBN 148652), wlee@barwol.com
Kathleen E. Dyer (SBN 227216), kdyer@barwol.com
BARGER & WOLEN
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
SHELL LONG TERM DISABILITY PLAN; and
SHELL OIL COMPANY in its capacity as Plan
Administrator of the Shell Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA BALLESTEROS, an individual, | Case No. C07-0795 PJH |
| Plaintiff, | **STIPULATION RE: CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION AND PROPOSED ORDER** |
| v. | Hon. Phyllis J. Hamilton<br>United States District Judge |
| METROPOLITAN LIFE INSURANCE COMPANY; SHELL LONG TERM DISABILITY PLAN; SHELL OIL COMPANY in its capacity as Plan Administrator of the Shell Long Term Disability Plan, | |
| Defendants. | |

Plaintiff Lilia Ballesteros ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company and Shell Long Term Disability Plan (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. Following the parties' agreement and request, the Court issued an order referring this matter to mediation to be completed by July 26, 2007;

2. A mediation was scheduled to take place on July 19, 2007 before the appointed mediator, Robert Schwartz, Esq.;

3. Prior to the July 19, 2007 mediation, counsel for the parties independently and informally agreed in principle to settle the case. Pending the resolution of a couple of issues which was dependent on Defendants' receipt of information from Plaintiff regarding potential offsets to benefits. Defendant is waiting to receive this information.

4. In light of the parties' agreement to settle, plaintiff filed a Notice of Settlement on July 2, 2007.

5. The Court has continued the Case Management Conference in this case to September 6, 2007 to give the parties adequate time to finalize the terms of the settlement and to file a dismissal of the case.

6. In light of the parties' agreement to settle, the parties agree that mediation at this time is neither necessary nor warranted. The parties request that the Court vacate the July 26, 2007 deadline for completing the mediation. If the parties are unable to resolve the matter and mediation is required, the Court can set a new mediation deadline at the September 6, 2007 Case Management Conference.

Respectfully submitted,

Date: July 23, 2007     BAUM & WEEMS

By: /s/ Julian M. Baum
JULIAN M. BAUM
Attorneys for Plaintiff
LILIA BALLESTEROS

STIPULATION AND PROPOSED ORDER     2     Case No. C07-0795 PJH

Dated: July 23, 2007

BARGER & WOLEN

By: /s/ William Lee
WILLIAM LEE
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY; SHELL LONG TERM DISABILITY PLAN; and SHELL OIL COMPANY in its capacity as Plan Administrator of the Shell Long Term Disability Plan

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

1. The Court vacates the current July 26, 2007 deadline to complete the mediation.

2. If the parties are unable to finalize their settlement and require follow-up with the mediator, the Court may set a new mediation completion deadline at the Case Management Conference scheduled for September 6, 2007.

Dated: July 24, 2007

The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton