Julian M. Baum (SBN 130892), jbaum20@gmail.com
Robert C. Weems (SBN 148156)
Thomas J. Fuchs (SBN 148466)
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone:  (415) 892-3152
Facsimile:  (415) 892-3096

Attorneys for Plaintiff
LILIA BALLESTEROS

William Lee (SBN 148652), wlee@barwol.com
Kathleen E. Dyer (SBN 227216), kdyer@barwol.com
BARGER & WOLEN
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
SHELL LONG TERM DISABILITY PLAN; and
SHELL OIL COMPANY in its capacity as Plan
Administrator of the Shell Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA BALLESTEROS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SHELL LONG TERM DISABILITY PLAN; SHELL OIL COMPANY in its capacity as Plan Administrator of the Shell Long Term Disability Plan,<br><br>Defendants. | Case No. C07-0795 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Phyllis J. Hamilton<br>United States District Judge |

STIPULATION TO CONTINUE CMC AND [PROPOSED] ORDER     1     Case No. C07-0795 PJH

1. Plaintiff Lilia Ballesteros ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company and Shell Long Term Disability Plan (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

   1. On July 2, 2007, plaintiff filed a Notice of Settlement advising the Court that the parties had agreed in principle to resolve the matter. In order to finalize the parties' settlement, certain information needed to be provided to the Defendants for evaluation.

   2. On July 3, 2007, the Clerk issued a notice scheduling a case management conference for September 6, 2007.

   3. Due to difficulty in obtaining information regarding the Plaintiff's workers' compensation benefits, the parties require additional time to review the information necessary to finalize the settlement.

   4. Accordingly, the undersigned parties respectfully request that the Court continue the presently scheduled Case Management Conference for approximately 45 days to allow the parties additional time to evaluate the information and to reach an agreement regarding the final terms of the settlement.

Respectfully submitted,

Date: August 22, 2007          BAUM & WEEMS

By: _____
JULIAN M. BAUM
Attorneys for Plaintiff
LILIA BALLESTEROS

Dated: August 27, 2007                                      BARGER & WOLEN

By: _____
WILLIAM LEE
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY; SHELL LONG TERM
DISABILITY PLAN; and SHELL
OIL COMPANY in its capacity as Plan
Administrator of the Shell Long Term
Disability Plan

## ORDER

Pursuant to stipulation, IT IS SO ORDERED:

1. The Case Management Conference scheduled for September 6, 2007 is hereby vacated; and

2. The Case Management Conference is continued to ___October 18___, 2007 at 2:30 p.m.

Dated: 8/28/07                              _____
                                            The Honorable Phyllis J. Hamilton
                                            United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

STIPULATION TO CONTINUE CMC AND             3                Case No. C07-0795 PJH
[PROPOSED] ORDER