UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILIA BALLESTEROS,

        Plaintiff(s),　　　　　　　　　　No. C 07-0795 PJH

  v.　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

METROPOLITAN LIFE INS. COMPANY, et al.,

        Defendant(s).
_____/

Counsel for the parties having advised the court jointly in writing that the parties have agreed to a settlement of this case, IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

SO ORDERED.

Dated: October 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge