1  Julian M. Baum (Ca State Bar No. 130892)
2  Robert C. Weems
   Thomas J. Fuchs
3  BAUM & WEEMS
   9 Tenaya Lane
4  Novato, California 94947
5  Telephone: (415) 892-3152
   Facsimile: (415) 892-3096
6
   Attorneys for Plaintiff
7  LILIA BALLESTEROS
8
   William Lee (SBN 148652), wlee@barwol.com
9  Kathleen E. Dyer (SBN 227216), kdyer@barwol.com
   BARGER & WOLEN
10 650 California Street. 9th Floor
11 San Francisco, California 94108
   Telephone: (415) 434-2800
12 Facsmile: (415) 434-2533
13
   Attorneys for Defendants
14 METROPOLITAN LIFE INSURANCE COMPANY;
   SHELL LONG TERM DISABILITY PLAN;
15 SHELL OIL COMPANY in its capacity as Plan
   Administrator of the Shell Long Term Disability Plan
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA BALLESTEROS, an individual, | Case No. C07-0795 PJH |
| Plaintiff, | |
| v. | |
| | STIPULATION TO DISMISS WITH |
| METROPOLITAN LIFE INSURANCE | PREJUDICE AND [~~PROPOSED~~] ORDER |
| COMPANY; SHELL LONG TERM | |
| DISABILITY PLAN; SHELL OIL | Hon. Phyllis J. Hamilton |
| COMPANY in its capacity as Plan | United States District Judge |
| Administrator of the Shell Long Term | |
| Disability Plan, | |
| Defendants. | |

---

STIP DISMISS           Page 1 of 2           Case No. C07-0795 PJH

Plaintiff Lilia Ballesteros ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company, Shell Long Term Disability Plan, and Shell Oil Company in its capacity as Plan Administrator of the Shell Long Term Disability Plan, by and through their counsel of record, hereby stipulate to the following:

1. The parties hereto have reached an agreement to resolve this action in its entirety pursuant to which they hereby stipulate to dismiss this action in its entirety with prejudice, including claims for costs or attorneys fees.

Respectfully Submitted,

Date: November 29, 2007         BAUM & WEEMS

By: _____
ROBERT C. WEEMS
Attorneys for Plaintiff
LILIA BALLESTEROS

Date: November 29, 2007         BARGER & WOLEN

By: _____
WILLIAM LEE
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, SHELL LONG TERM DISABILITY PLAN, and SHELL OIL COMPANY in its capacity as Plan Administrator of the Shell Long Term Disability Plan,

ORDER

Pursuant to stipulation, IT IS SO ORDERED:

The above captioned matter is dismissed in its entirety with prejudice.

Dated: 12/3/07

The Honorable Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton